Case: 1:25-mj-00234
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 9/29/2025
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

On September 28th, 2025, at approximately 2112 hours, in front of 3271 Stanton Road Southeast Washington, D.C. 20032 (PSA 704). Officers from the Seventh District Special Missions Unit (SMU) were working on the evening tour of duty. Officers were wearing full police uniforms and utilizing unmarked vehicles which were equipped with red and blue emergency lights and sirens. Officers were working with the US Marshalls Service, Homeland Security Investigations (HSI), U.S. Customs and Border Protection, and the Federal Bureau of Investigations (FBI), who were wearing plain clothes and utilizing unmarked police cruisers. The Officers were aware that since 9/28/2023, PSA 704, has had (106) violent crimes involving a gun. These violent crimes included (11) Homicides, (53) Assault's with a Dangerous Weapon, and (42) Armed Robberies.

While officers were driving in the 3200 block of Stanton Rd. SE Washington, DC 20032, they observed Steven Walker **("WALKER")** seated on an all-terrain style motorcycle. This motorcycle was on the public sidewalk and did not have a tag affixed to it. The motorcycle was parked in front of 3271 Stanton Rd. SE Washington, DC 20032. Officers saw that the motorcycle was running with the front headlight illuminated. At that time, officers turned their vehicles around to get a better look at the motorcycle because these types of bikes are not commonly parked or driven on the sidewalk.

Officers activated the vehicles' emergency equipment to turn their vehicles around, they observed that **WALKER** was actively attempting to jump start the motorcycle. As officers approached **WALKER**, who was unsuccessful at kick starting the motorcycle, **WALKER** jumped off the bike and began running on foot. Officers saw **WALKER** run into the gated parking lot of 1556 Alabama Ave. SE Washington, DC 20032. While **WALKER** was running from officers, **WALKER** had his left arm swinging freely while his right arm was reaching into his groin area. Officers saw **WALKER** produced a silver/black handgun from his groin and threw the handgun over the nearby fence which struck the side of a private home and fell in the grassy area. **WALKER** after doing this turned back towards officers and attempted to run away. Officers gave **WALKER** multiple verbal commands to stop. **WALKER** attempted to get away from officers by pushing and thrashing his arms towards officers. After a brief struggle, officers were able to detain **WALKER**. Subsequently, officers recovered the firearm near 1550 Alabama Ave. SE Washington, DC 20032.

The firearm was recovered and identified as a Black/Silver Bersa firearm, Serial Number: ███████, Model: Thunder 380 loaded with .380 ammunition with 1 in chamber and 7 rounds of ammunition in the magazine. The firearm appeared to be fully functional, able to be fired with one hand, had a barrel of less than twelve inches, and could fire a projectile by means of an explosive.

It should also be noted that there are no firearms or ammunition manufacturers in the District of Columbia and therefore, the firearm and ammunition in this case would have traveled in interstate commerce. A NCIC/WALES query of the firearm revealed that the firearm was reported stolen by Charles County Sheriff Office La Plata, Maryland on May 7, 2018 (OCA: 1611334).

A law enforcement query confirmed that the firearm was not registered in the District and that **WALKER** did not have a concealed carry permit. A review of **WALKER'S** criminal history

revealed that **WALKER** was convicted of Robbery While Armed in Prince George's County Maryland in 2007 and Robbery and Unlawful Possession of a Firearm (Prior Conviction) in the Superior Court in Washington, D.C. in 2019. Therefore, at the time **WALKER** possessed the firearm and ammunition, he had been convicted of a crime punishable by imprisonment for a term exceeding one year and had knowledge of that fact.

As such, your affiant submits that probable cause exists to charge **WALKER** with violations of 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

Officer Evan Zelesnick
Metropolitan Police Department

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1. by telephone, this 29th day of September, 2025.

HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE